IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IRVING PALMER,

       Appellant,

v.

RICHARD D. COMERFORD,
WARDEN, SANTA ROSA
CORRECTIONAL
INSTITUTION,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2110

Opinion filed February 4, 2015.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Jr., Judge.

Irving Palmer, pro se, Appellant.

Pamela Jo Bondi, Attorney General; Kristen Lynn Bonjour, Assistant Attorney
General; Jennifer Parker, General Counsel; and Beverly Brewster, Assistant General
Counsel, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, C.J., WOLF and ROBERTS, JJ., CONCUR.